NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERRY KENNINGTON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3192

---

Petition for review of the Merit Systems Protection Board in case no. DE1221100502-W-1.

---

## ON MOTION

---

## O R D E R

We treat Terry Kennington's correspondence, received on September 19, 2011, as a motion for leave to file a supplemental informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The motion will be treated as a supplement to his opening brief. Copies of the supplemental brief and this order shall be transmitted to the merits panel assigned to this case.

FOR THE COURT

OCT 0 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Terry L. Kennington
Michael Carney, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 6 2011

JAN HORBALY
CLERK